E-filing

1  PAUL L. REIN, Esq., (SBN 43053)
   JULIE A. OSTIL, Esq., (SBN 215202)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA 94612
   Telephone: 510/832-5001
4  Facsimile:  510/832-4787

5  Attorneys for Plaintiff
   PATRICIA BERNE

FILED
2007 JUL -5 AM 11:13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

PATRICIA BERNE,

    Plaintiff,

v.

EAST-WEST HOLDINGS dba
BURMA SUPERSTAR
RESTAURANT; DAVID AND LING
WONG FAMILY TRUST; and DOES
1-25, Inclusive,

    Defendants.
_____/

CASE NO.
Civil Rights
C07-03486 CW

CERTIFICATION OF
INTERESTED ENTITIES OR
PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 2, 2007

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

*[signature: Paul L. Rein]*

Attorneys for Plaintiff:
PATRICIA BERNE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

S:\SLR\BURMA SUPERSTAR\PLEADINGS\CERT INT PARTIES.PL.wpd