| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001   FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States County Bankruptcy Court Northern District Branch

Plaintiff: BERNE
Defendant: EAST-WEST HOLDINGS

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0703486CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; SCHEDULING ORDER; NOTICE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:    EAST-WEST HOLDINGS DBA BURMA SUPERSTAR RESTAURANT
   b. Person served:   DESMOND TAN, MANAGER

4. Address where the party was served:    605 MARKET STREET SUITE 700
                                           SAN FRANCISCO, CA 94105

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 30, 2007 (2) at: 2:42PM

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MARY SCHWAB                                         d. The Fee for Service was: $65.00

   ONE HOUR LEGAL
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   1010
      (iii) County:            San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Jul. 31, 2007

                                                          *Mary Schwab*
                                                          (MARY SCHWAB)

Judicial Council Form                PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                        reinpr.7587