| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001    FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States County Northern Court District Court Branch | |
| Plaintiff: BERNE | |
| Defendant: EAST-WEST HOLDINGS | |

| Amended PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: C0703486CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; SCHEDULING ORDER; NOTICE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:      DAVID AND LING WONG FAMILY TRUST
   b. Person served:    DAVID WONG

4. Address where the party was served:    585 45TH AVENUE
                                           SAN FRANCISCO, CA 94121

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 31, 2007 (2) at: 7:30PM

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAMES E MACDONALD
                                                                d. The Fee for Service was: $65.00
   ONE HOUR LEGAL                                               e. I am: (3) registered California process server
   1280 BOULEVARD WAY #205                                          (i)   Owner
   WALNUT CREEK, CA 94595                                           (ii)  Registration No.:   1003
   (925) 947-3470                                                   (iii) County:             San Francisco
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Aug. 02, 2007

Judicial Council Form                                           Amended PROOF OF SERVICE                    (JAMES E MACDONALD)
Rule 982.9.(a)&(b) Rev January 1, 2007                          SUMMONS IN A CIVIL CASE                                       reinpr.7585