08/27/2007 14:17 FAX  4155853855          STUHR&MILLER                    ☑002/004

1   ROBERT M. SELLARDS (SBN: 148457)
    STUHR & MILLER, LLP                  **RECEIVED**
2   5012 Mission Street
    San Francisco, California 94112
3   Telephone:  (415) 585-2122             SEP - 6 2007
    Facsimile:  (415) 585-3855
4                                        RICHARD W. WIEKING
                                      CLERK, U.S. DISTRICT COURT
5   Attorneys for Defendant,          NORTHERN DISTRICT OF CALIFORNIA
    THE LING AND DAVID WONG FAMILY PARTNERS and
6                                                          **FILED**
7
                                                        SEP 1 2 2007
8            UNITED STATES DISTRICT COURT        RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA   NORTHERN DISTRICT OF CALIFORNIA
                                                      OAKLAND
10

11  PATRICIA BERNE,                        )
12           Plaintiff,                    )   CASE NO:  C07-03486 CW
                                           )
13       v.                                )   **STIPULATION AND ORDER TO**
                                           )   **EXTEND TIME FOR DEFENDANT,**
14  EAST WEST HOLDINGS dba BURMA           )   **DAVID AND LING WONG FAMILY**
    SUPERSTAR RESTAURANT; DAVID AND        )   **PARTNERS TO ANSWER PLANTIFF'S**
15  LING WONG FAMILY TRUST; DOES 1-25,     )   **COMPLAINT FOR PRELIMINARY AND**
16  inclusive,                            )   **PERMANENT INJUNCTIVE RELIEF**
                                           )   **AND DAMAGES**
17           Defendants.                   )
                                           )   **ASSIGNED FOR ALL PURPOSES TO**
18  ─────────────────────────────────     )   **JUDGE:**
                                               **DEPT:**
19
                                               Complaint filed July 5, 2007
20
        COUNSEL FOR PLAINTIFF, PATRICIA BERNE, AND DEFENDANT, THE LING
21
    AND DAVID WONG FAMILY PARTNERS, STIPULATE AND AGREE AS FOLLOWS:
22
        1.   Plaintiff, Patricia Berne, and Defendant, The Ling and David
23
    Wong Family Partners (erroneously sued herein as David and Ling Wong
24
    Family Trust) (hereafter the "Parties") request this Court to grant an
25
    order permitting The Ling and David Wong Family Partners until
26
    September 20, 2007 to file its answer to Plaintiff's Complaint for
27
    Preliminary and Permanent Injunctive Relief and Damages, etc. filed on
28

S/CIVIL/WONG/#1650/USDC/WOFGRDS.STP              1

**BY FAX**

09/05/2007 15:15 FAX  4155853855          STUHR&MILLER                    ☑002/004

1 | July 5, 2007.  At present, the above-named Defendant's Answer to the
2 | Plaintiff's Complaint was due on August 20, 2007.
3 |     2.   Good cause for the extension of time is that Defendant is
4 | currently attempting to retain counsel conversant with accessibility
5 | law.  Furthermore, the proposed September 20, 2007 extension date does
6 | not impact any other deadlines or hearing dates in the matter.
7 |     3.   It is understood between the Parties this Stipulation may be
8 | executed in two or more counterparts, each of which shall be deemed an
9 | original, but all of which together shall constitute one and the same
10 | document.
11 |     4.   It is further understood between the Parties that the
12 | execution of the instant stipulation may be made by facsimile.  The
13 | facsimile copy of the attorney's signature shall be deemed an original
14 | for all purposes and shall be interchangeable with the original
15 | signature.
16 |
17 |                 STUHR & MILLER, LLP
18 |
19 | DATED: August 27, 2007     By:
20 |                 ROBERT M. SELLARDS, Attorneys for
                Defendant THE LING AND DAVID WONG
                FAMILY PARTNERS
21 |
22 |                 LAW OFFICES OF PAUL L. REIN
23 |
24 | DATED: August 27, 2007     By:
25 |                 PAUL L. REIN, Attorneys for
                Plaintiff PATRICIA BERNE
26 | //
27 | //
28 | //

STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

08/27/2007 14:18 FAX  4155853855        STUHR&MILLER                    ☑004/004

1                              ORDER

2          Based upon the foregoing stipulation:

3          IT IS HEREBY ORDERED that Defendant The Ling and David Wong

4    Family Partners will have up to and including September 20, 2007 in

5    which to file an answer in the above-referenced matter.

6
                  Sept 12
7    Dated: ~~August~~ ___, 2007        _____
                                        UNITED STATES DISTRICT COURT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING