1   CATHERINE M. CORFEE, SBN 155064
    CORFEE STONE & ASSOCIATES
2   5441 FAIR OAKS BOULEVARD, SUITE B-1
    CARMICHAEL, CA 95608
3   TELEPHONE:    (916) 487-5441
    FACSIMILE:    (916) 487-5440
4
    ATTORNEYS FOR DEFENDANT
5   EAST WEST HOLDINGS, DBA BURMA SUPERSTAR
    aka Focus Consulting, Inc., dba Burma Superstar
6   Restaurant

7                 UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10  PATRICIA BERNE                    )   Case No.: C07-03486 CW
                                      )
11              Plaintiff,            )   ANSWER OF DEFENDANT EAST WEST
                                      )   HOLDINGS dba BURMA SUPERSTAR
12      vs.                           )   RESTAURANT, aka FOCUS
                                      )   CONSULTING, INC., dba BURMA
13  EAST WEST HOLDINGS dba BURMA      )   SUPERSTAR RESTAURANT TO CROSS-
    SUPERSTAR RESTAURANT; DAVID       )   COMPLAINT
14  AND LING WONG FAMILY TRUST; and   )
    DOES 1-25, Inclusive              )   JURY DEMANDED
15                                    )
                Defendants            )
16  _____ )
                                      )
17  THE LING AND DAVID WONG FAMILY    )
    PARTNERS,                         )
18                                    )
                Cross-Complainants,   )
19                                    )
        vs.                           )
20                                    )
    EAST WEST HOLDINGS dba BURMA      )
21  SUPERSTAR RESTAURANT, aka FOCUS   )
    CONSULTING, INC., dba BURMA       )
22  SUPERSTAR RESTAURANT; and ROES    )
    1-25, Inclusive                   )
23                                    )
                Cross-Defendants      )
24                                    )
    _____ )

25
            Cross-Defendant EAST WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT,
26
    aka FOCUS CONSULTING, INC., dba BURMA SUPERSTAR RESTAURANT, by and through
27
    its attorneys, Corfee Stone & Associates, hereby respond to Cross-Complainant's Complaint.  Cross-
28
    Defendant reserves the right to amend, add or strike affirmative defenses as discovery ensues or due

                                      - 1 -
    _____
    S:\My Documents\sec\8256\Answer to cross complaint.wpd    CROSS-DEFENDANT'S RESPONSE TO COMPLAINT

1   to any inadvertence.  Cross-Defendant further reserves the right to raise affirmative defenses and

2   admit such as a defense at trial which are subsequently discovered through the discovery process.

3       1.      Answering the allegations of Paragraph 1, Cross-Defendant currently lacks sufficient

4   knowledge to respond to the allegation.

5       2.      Answering the allegations of Paragraph 2, Cross-Defendant admits that East-West

6   Holdings dba  Burma Superstar Restaurant is a business entity.  Focus Consulting is a defunct

7   business entity, and therefore denies the allegation regarding Focus Consulting.  Cross-Defendant

8   denies all other allegations in paragraph 2.

9       3.      Answering the allegations of Paragraph 3 of the Cross-Complaint, Cross-Defendant

10  currently lacks sufficient knowledge to respond to the allegation.

11      4.  Answering the allegations of Paragraph 4, Cross-Defendant denies all allegations in

12  Paragraph 4.

13      5.  Answering the allegations of Paragraph 5 of the Cross-Complaint, Cross-Defendant

14  currently lack sufficient knowledge to respond to the allegations regarding Cross-Complainant's

15  actual name.  Cross-Defendant admits the rest of the allegations in paragraph 5.

16      6.  Answering the allegations of Paragraph 6 of the Cross-Complaint, Cross-Defendant

17  admits  the allegations.

18      7.  Cross-Defendant incorporates herein by reference its responses to paragraphs 1 through

19  6.

20      8.  Answering the allegations of Paragraph 8, Cross-Defendant denies all allegations in

21  Paragraph 8.

22      9.  Answering the allegations of Paragraph 9, Cross-Defendant denies all allegations in

23  Paragraph 9.

24      10.  Answering the allegations of Paragraph 10, Cross-Defendant denies all allegations in

25  Paragraph 10.

26      11.  Answering the allegations of Paragraph 11, Cross-Defendant denies all allegations in

27  Paragraph 11, and denies that Cross-Complainant is entitled to any relief whatsoever.

28      12.  Cross-Defendant incorporates herein by reference its responses to paragraphs 1 through

**CROSS-DEFENDANT'S RESPONSE TO COMPLAINT**

1    12.

2        13.  Answering the allegations of Paragraph 13, Cross-Defendant denies all allegations in

3    Paragraph 13.

4        14.  Answering the allegations of Paragraph 14, Cross-Defendant denies all allegations in

5    Paragraph 14.  Cross-Defendant denies that Cross-Complainant is entitled to any relief whatsoever.

6        15.  Answering the allegations of Paragraph 15, Cross-Defendant denies all allegations in

7    Paragraph 15.

8        16.  Cross-Defendant incorporates herein by reference its responses to paragraphs 1 through

9    15.

10       17.  Answering the allegations of Paragraph 17, Cross-Defendant denies all allegations in

11   Paragraph 17.

12       18.  Answering the allegations of Paragraph 18, Cross-Defendant denies all allegations in

13   Paragraph 18.  Cross-Defendant denies that Cross- Complainant is entitled to any relief whatsoever,

14   or that Cross- Complainant has suffered any damages.

15       19.  Answering the allegations of Paragraph 19, Cross-Defendant denies all allegations in

16   Paragraph 19.

17       20.  Cross-Defendant incorporates herein by reference its responses to paragraphs 1 through

18   19.

19       21.  Answering the allegations of Paragraph 21, Cross- Defendant admits the allegations in

20   paragraph 21.

21       22.  Answering the allegations of Paragraph 22, Cross-Defendant currently lacks sufficient

22   knowledge to respond to the allegation.

23       23.  Cross-Defendant incorporates herein by reference its responses to paragraphs 1 through

24   22.

25       24.  Answering the allegations of Paragraph 24, Cross-Defendant denies all allegations in

26   Paragraph 24.

27       25.  Answering the allegations of Paragraph 25, Cross-Defendant denies all allegations in

28   Paragraph 25. Cross-Defendant denies that Cross- Complainant is entitled to any relief whatsoever,

1    or that Cross- Complainant has suffered any damages.

2        26.  Answering the allegations of Paragraph 26, Cross-Defendant denies all allegations in

3    Paragraph 26.

4        27.  Answering the allegations of Paragraph 27, Cross-Defendant denies all allegations in

5    Paragraph 27.

6

7                                **PRAYER**

8        Cross-Defendant denies that Cross-Complainant is entitled to judgment or any other relief

9    whatsoever, including all those indicated in Paragraphs 1 through 6 on pages 8-9 in Cross-

10   Complainant's Complaint.

11                        **AFFIRMATIVE DEFENSES**

12                    <u>FIRST AFFIRMATIVE DEFENSE</u>

13                        (Failure to State a Claim)

14       1.  AS AND FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

15   Cross-Defendants allege that the cross-complaint and each and every cause of action therein fails to

16   state a claim upon which relief may be granted.

17                   <u>SECOND AFFIRMATIVE DEFENSE</u>

18                            (Laches)

19       2.  AS AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

20   Cross-Defendants alleges that Cross-Claimant's delay in asserting his allegations have resulted in

21   prejudice to Cross-Defendants, and thus, Cross-Claimant should be denied relief under the doctrine

22   of laches.

23                    <u>THIRD AFFIRMATIVE DEFENSE</u>

24                        (Unclean Hands)

25       3.  AS AND FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

26   Cross-Defendant alleges that to the extent the Cross-Claimant seeks equitable relief, Cross-

27   Claimant's inequitable conduct constitutes unclean hands and therefore bars the granting of relief

28   to Cross-Claimant herein.

1

2

3

4

<u>FOURTH AFFIRMATIVE DEFENSE</u>

(Anticipatory Repudiation)

4.  AS AND FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

Cross-Defendant is informed and believe and on such information and belief allege that Cross-

Claimant  breached its contract, if any, with Cross-Defendant, and that by reason of said breach of

contract, Cross-Defendant has been excused of his duty to perform all obligations set forth in said

contract.

<u>FIFTH AFFIRMATIVE DEFENSE</u>

(Offset)

5.  AS AND FOR A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

Cross-Defendant alleges that it has suffered damage by reason of Cross-Claimant's  conduct; thatit

has the right of offset if any amount of money is owed to Cross-Claimant  or due Cross-Claimant

by way of damage.

<u>SIXTH AFFIRMATIVE DEFENSE</u>

(Waiver)

6.  AS AND FOR A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

Cross-Defendant is informed and believes and on such information and belief alleges, that Cross-

Claimant was engaged in conduct that constitutes a waiver of their rights under the contract alleged

in the cross-complaint. By reason of said waiver, Cross-Defendant is excused from further

performance of the obligations under the alleged contract.

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

(Release)

7.  AS  AND  FOR  AN  SEVENTH,  SEPARATE  AND  DISTINCT  AFFIRMATIVE

**- 5 -**

DEFENSE, Cross-Defendant alleges that Cross-Claimant's actions constituted a full release and waiver by Cross-Claimant of any and all claims which Cross-Claimant may have against Cross-Defendant.

### EIGHTH AFFIRMATIVE DEFENSE

(In Pari Delicto)

8.    AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that the Cross-Claimant herein and each and every purported Cause of Action in the cross-complaint are barred because Cross-Claimant have engaged in acts and courses of conduct which rendered them in pari delicto.

### NINTH AFFIRMATIVE DEFENSE

(Equitable Estoppel)

9. AS AND FOR A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that the Cross-Claimant herein, and each and every Cause of Action contained in the cross-complaint, are barred by reason of acts, omissions, representations and courses of conduct by Cross-Claimant by which Cross-Defendant was led to rely to its detriment, thereby barring, under the doctrine of equitable estoppel, any causes of action asserted by the cross complaint.

### TENTH AFFIRMATIVE DEFENSE

(Condition Precedent)

10.  AS AND FOR A TEN TH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that performance by Cross-Defendant of certain acts were contingent upon receipt of specific instructions or otherwise properly directed any action which supposedly were to be undertaken by these Cross-Defendant, thus Cross-Claimant's authority, direction and cooperation was a condition precedent to any alleged-obligation-by-these Cross-Defendant to perform such acts.

ELEVENTH AFFIRMATIVE DEFENSE

(No Standing)

11.  AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that Cross-Claimant lack s standing to maintain this action and each cause of action contained in this action.

TWELFTH AFFIRMATIVE DEFENSE

(Contributory Negligence)

12.  AS AND FOR A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that the damages Cross-Claimant  alleged it sustained were either wholly, or in part, negligently caused by persons, firms, corporations or entities other than this answering Cross-Defendant, and said negligence comparatively reduces the percentage of damages attributable, if any, by this answering Cross-Defendant.

THIRTEENTH AFFIRMATIVE DEFENSE

(Statute of Frauds)

13.  AS AND FOR A THIRTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that the cross complaint is barred by the provisions of Section 1624 of the Civil Code, i.e., the Statute of Frauds.

FOURTEENTH AFFIRMATIVE DEFENSE

(Statutes of Limitations)

14.  AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that all of Cross-Claimant's causes of action asserted in its Cross-Complaint are barred by the applicable statutes of limitations.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>FIFTEENTH AFFIRMATIVE DEFENSE</u>

(Failure of Consideration)

15.   AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that the cross-complaint herein and each and every purported cause of action in the cross-complaint are barred as a result of a failure of consideration.

<u>SIXTEENTH AFFIRMATIVE DEFENSE</u>

(Substantial or Partial Performance)

16.   AS AND FOR SIXTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant is informed and believes and on such information and belief alleges that the contract alleged in the cross-complaint, if any, has been substantially and/or partially performed, and as such, is subject to divisibility.

<u>SEVENTEENTH AFFIRMATIVE DEFENSE</u>

(Failure to Mitigate)

17.   AS AND FOR A SEVENTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant is informed and believes and thereon alleges that Cross-Claimant  has failed to mitigate and lessen damages, if any it sustained, as required by law, and are barred from recovery by reason thereof against Cross-Defendants.

<u>EIGHTEENTH AFFIRMATIVE DEFENSE</u>

(Apportionment)

18.   AS AND FOR AN EIGHTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant is informed and believes and thereon alleges that the matters complained of in the cross-complaint were proximately caused, in whole or in part, by the acts or omissions of another third party or parties or Cross-Claimant.  Accordingly, the liability of the Cross-Defendant, if any,  and responsible parties, named or unnamed, should be apportioned according to

their respective degrees of fault or other legal responsibility, and the liability, if any, of this answering Cross-Defendant should be reduced accordingly.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Modification)

19.  AS AND FOR A NINETEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant is informed and believe and thereon allege that the contract in question, if any, was modified by the parties, and that Cross-Claimant are barred from recovery on the unmodified original contract, if any, by reason of said modification.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Substituted Contract)

20.  AS AND FOR A TWENTIETH  SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant is informed and believes and thereon alleges that a new contract was substituted in place of the original contract, if any, and that Cross-Claimant is barred from recovery on the original contract, if any.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Mutual Mistake)

21.  AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant is informed and believe and thereon alleges that if there presently exists or ever existed, any or all of the alleged rights, claims or obligations which Cross-Claimant seeks by way of its cross-complaint, said claims or obligations are unenforceable by reason of mutual mistake.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Agreement not fully Integrated)

22. AS AND FOR A TWENTY-SECOND, SEPARATE AND DISTINCT AFFIRMATIVE

DEFENSE, Cross-Defendant is informed and believes and thereon alleges that if there presently exists or ever existed, any or all of the alleged rights, claims or obligations which Cross-Claimant seeks by way of its cross-complaint, said claims or obligations are unenforceable because the written agreement is not fully integrated.

TWENTY-THIRD AFFIRMATIVE DEFENSE

(Assumption of Risk)

23.  AS AND FOR A TWENTY-THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant is informed and believes and thereon alleges that if there presently exists or ever existed, any or all of the alleged rights, claims or obligations which Cross-Claimant by way of its cross-complaint, said claims or obligations are unenforceable because Cross-Claimant assumed the risk involved in the transaction.

TWENTY-FOURTH AFFIRMATIVE DEFENSE

(Wrong Defendants)

24. AS AND FOR A TWENTY-FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that Cross-Claimant has sued the wrong parties.

TWENTY-FIFTH AFFIRMATIVE DEFENSE

(Unconscionability)

25.  AS FOR A TWENTY-FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that the contract specified in the cross-complaint, or portions of it, are unenforceable.  The contract should be limited to avoid and unconscionable result, because it was unconscionable at the time the contract was made.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

(Contract is against public policy)

26.  AS FOR A TWENTY-SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that the contract specified in the cross-complaint, or portions of it, are unenforceable because they are against public policy.

## TWENTY-SEVENTH AFFIRMATIVE DEVENSE

(Additional Affirmative Defenses)

27.  AS AND FOR A TWENTY-SENVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Cross-Defendant alleges that it has no independent knowledge, as of the filing of this Answer, of the facts allegedly constituting the cause of action in Cross-Claimant's cross-complaint, and based thereon, hereby respectfully request leave of Court to amend this Answer to include those affirmative defenses that are revealed during the course of discovery.

WHEREFORE, the Answering Cross-Defendant prays for judgment against Cross-Complainant as follows:

(1)    That Cross-Complainant take nothing by reason of its Cross-Complaint;

(2)    For such costs and expenses of suit incurred herein;

(3)    Reasonable attorney's fees according to proof;

(4)    For such other and further relief as the Court may deem just and proper.

Dated: October 17, 2007                    CORFEE STONE & ASSOCIATES


                                           BY: /S/CATHERINE M. CORFEE
                                           CATHERINE M. CORFEE
                                           Attorneys for Cross-Defendant, EAST WEST HOLDINGS

//

1

2      **DEMAND FOR JURY TRIAL**

3      Cross-Defendant hereby demands a jury trial.

4

5

6    Dated: October 17, 2007                          CORFEE STONE & ASSOCIATES

7

8                                                BY:  /S/CATHERINE M. CORFEE

9                                                     CATHERINE M. CORFEE
                                                      Attorneys for Cross-Defendant, EAST WEST
10                                                    HOLDINGS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

S:\My Documents\sec\8256\Answer to cross complaint.wpd          **CROSS-DEFENDANT'S RESPONSE TO COMPLAINT**