1  Walter C. Youngman, Jr. (SBN 41202)
   J. John Kelly (SBN 55799)
2  YOUNGMAN, ERICSSON & LOW, LLP
   1981 N. Broadway, Suite 300
3  Walnut Creek, California 94596
   Telephone: (925) 930-6000
4  Facsimile: (925) 934-5377

5  Attorneys for Defendant
   The Ling and David Wong Family Partners

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BERNE,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERSTAR RESTAURANT;<br>EAST WEST HOLDINGS dba BURMA<br>DAVID AND LING WONG FAMILY<br>TRUST; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No. C07-03486 CW<br><br>CERTIFICATION OF INTERESTED<br>ENTITIES OR PERSONS |

Pursuant to Local Rule 3-16 defendant THE LING AND DAVID WONG FAMILY PARTNERS, erroneously sued herein as "DAVID AND LING WONG FAMILY TRUST", by and through its attorneys YOUNGMAN, ERICSSON & LOW, LLP hereby certifies that it has no disclosure to make pursuant to subparagraph (b)(1) of Local Rule 3-16, and that there is no such interest known to this defendant other than that of the named parties to the action.

Dated: November 8, 2007

Youngman, Ericsson & Low, LLP.

By _____
J. JOHN KELLY, III
Attorney for Defendant THE LING
AND DAVID WONG FAMILY
PARTNERS

---

*Berne v. East West Holdings, dba Burma Superstar Restaurant, et al.*   Case No. C07-03486 CW
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   Page 1 of 1

## CERTIFICATE OF SERVICE BY MAIL

I, Toni Redgrave, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 1981 North Broadway, Suite 300, Walnut Creek, California 94596, which is located in the county where the mailing described below took place.

On the date set forth below, at my pace of business, I mailed, by United States Postal Service first-class mail, the foregoing:

- **Certification of Interested Entities or Persons**

To the following attorney at the address listed on the complaint:

> **Catherine M. Corfee**
> **Corfee Stone & Associates**
> **5441 Fair Oaks Boulevard, Suite B-1**
> **Carmichael, CA 95608**
>
> **Paul L. Rein, Esq.**
> **Julie A. Ostil, Esq.**
> **Law Offices of Paul L. Rein**
> **200 Lakeside Drive, Suite A**
> **Oakland, CA 94612**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on **November 9, 2007**, at Walnut Creek, California.

_____
Toni Redgrave