UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Patricia Berne,

                Plaintiff(s),

v.

East West Holdings dba Burma Superstar Restaurant; David and Ling Wong Family Trust; and Does 1-25, Inclusive

                Defendant(s).       /

CASE NO. C07-3486 CW

NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)

    Plaintiff reports that the joint site inspection occurred on November 9, 2007. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: 01/02/08

                                                  _____
                                                  Attorney for Plaintiff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for Mediation."