1  CATHERINE M. CORFEE, SBN 155064
   CORFEE STONE & ASSOCIATES
2  5441 FAIR OAKS BOULEVARD, SUITE B-1
   CARMICHAEL, CA 95608
3  TELEPHONE:    (916) 487-5441
   FACSIMILE:    (916) 487-5440
4
   ATTORNEYS FOR DEFENDANT
5  EAST WEST HOLDINGS, DBA BURMA SUPERSTAR

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9  PATRICIA BERNE                    )   Case No.: C07-03486 CW
                                     )
10              Plaintiff,           )   **NOTICE OF MOTION AND MOTION TO**
                                     )   **WITHDRAW AS ATTORNEY OF**
11        vs.                        )   **RECORD**
                                     )
12 EAST WEST HOLDINGS dba BURMA      )   Date: May 8, 2008
   SUPERSTAR RESTAURANT; DAVID       )   Time: 2:00 p.m.
13 AND LING WONG FAMILY TRUST; and   )   Courtroom: 2
   DOES 1-25, Inclusive              )
14                                   )
                Defendants           )
15 _____

16

17        TO ALL PARTIES AND THEIR ATTORNEYS' OF RECORD: On May 8, 2008, at 2:00

18 p.m. in Courtroom 2, located at 1301 Clay St., Oakland, CA, attorneys for defendant East West

19 Holdings dba Burma Superstar Restaurant will move the Court for an order permitting them to

20 withdraw as attorney of record. The motion will be based on this notice, the accompanying

21 memorandum of points and authorities, and the declaration of Catherine Corfee.

22

23 Dated: March 27, 2008          CORFEE STONE & ASSOCIATES

24

25                             BY:  /s/CATHERINE M. CORFEE
                                    CATHERINE M. CORFEE
26                                  Attorney for Defendant, EAST WEST HOLDINGS

27

28

                                      - 1 -