CATHERINE M. CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
5441 FAIR OAKS BOULEVARD, SUITE B-1
CARMICHAEL, CA 95608
TELEPHONE:   (916) 487-5441
FACSIMILE:    (916) 487-5440

ATTORNEYS FOR DEFENDANT
EAST WEST HOLDINGS, DBA BURMA SUPERSTAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BERNE | Case No.: C07-03486 CW |
| Plaintiff, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| vs. | |
| EAST WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT; DAVID AND LING WONG FAMILY TRUST; and DOES 1-25, Inclusive | Date: May 8, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 |
| Defendants | |

## I. LAW AND ARGUMENT

Counsel for Defendant East West Holdings dba Burma Superstar Restaurant seeks to withdraw as attorney of record in this matter.  Defendant has stopped paying its legal bills. Defendant is billed on a monthly basis.  It has been quite some time since Defendant paid his legal bilss. See the Declaration of Catherine Corfee, submitted with this motion.

Additionally, Defendant is no longer in contact with this office.  Counsel has made written requests and has attempted to contact Defendant by phone.  Defense counsel requires input from the client regarding various legal matters, however, Defendant refuses to contact this office.  See the Declaration of Catherine Corfee.

In Statute of Liberty-Ellis Island Foundation, Inc. v. International United Industries, Inc., 110 FRD 395, 397 (S.D.N.Y. 1986), the Court held that failure to pay legal fees and failure to keep in contact with counsel were adequate grounds for granting an attorney's motion to

- 1 -

1  withdraw.

2      The withdrawal of defense counsel will not significantly delay the proceedings in this
3  matter.  This is an ADA discrimination case. Defendant owns a restaurant.  Plaintiff claims that
4  she encountered architectural barriers when she visited the restaurant.  As the Court is no doubt
5  aware, the vast majority of ADA cases settle with little or no litigation.  Here, none of the parties
6  has conducted discovery.  Other than this motion, there are no pending motions in this matter.  In
7  other words, this is not a case where changing counsel will require new counsel to spend an
8  inordinate amount of time getting up to speed in the case.

9  **II. CONCLUSION**

10      Based on the foregoing, counsel for Defendant East West Holdings dba Burma Superstar
11  Restaurant respectfully requests the Court to grant their motion to withdraw as counsel of record
12  in this matter.

15  Dated: March 27, 2008                CORFEE STONE & ASSOCIATES

17                                       BY:  /S/CATHERINE M. CORFEE
                                              CATHERINE M. CORFEE
18                                            Attorney for Defendant, EAST WEST HOLDINGS