1  CATHERINE M. CORFEE, SBN 155064
   CORFEE STONE & ASSOCIATES
2  5441 FAIR OAKS BOULEVARD, SUITE B-1
   CARMICHAEL, CA 95608
3  TELEPHONE:  (916) 487-5441
   FACSIMILE:   (916) 487-5440
4
   ATTORNEYS FOR DEFENDANT
5  EAST WEST HOLDINGS, DBA BURMA SUPERSTAR

6                 UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8

9  PATRICIA BERNE                    )   Case No.: C07-03486 CW
                                      )
10               Plaintiff,           )   PROOF OF SERVICE
                                      )
11         vs.                        )
                                      )
12  EAST WEST HOLDINGS dba BURMA      )
    SUPERSTAR RESTAURANT; DAVID       )
13  AND LING WONG FAMILY TRUST; and   )
    DOES 1-25, Inclusive              )
14                                    )
                 Defendants           )
15  _____

- 1 -

1

## PROOF OF SERVICE

2

3      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Corfee Stone & Associates, 5441 Fair Oaks Blvd.,

4      Suite B-1, Carmichael, California 95608. On March 27, 2008, I served the within documents described as: **Notice of Motion and Motion to Withdraw as Attorney of Record;**

5      **Memorandum of points and authorities in support thereof; Declaration of Corfee**

6      _____(BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax

7      number(s) set forth below on this date before 5:00 p.m.

8      √_____(BY US MAIL) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as

9      set forth below.

10     _____(BY OVERNIGHT MAIL) I caused such document(s) to be sent by overnight mail by

11     using Federal Express® (_____). Under that practice it would be deposited that same day in a Federal Express® drop box for delivery the next business day.

12

_____(BY PERSONAL SERVICE) by causing personal delivery by _____ of the

13     document(s) listed above to the person(s) at the address(es) set forth below.

14

_____(BY PERSONAL SERVICE) by personally delivering the document(s) listed above to

15     the person(s) at the address(es) set forth below.

16     | Desmond Tan<br>Burma Superstar Restaurant<br>309 Clement St.<br>San Francisco, CA. 94118 | |
       |---|---|

19

20     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with US postal service on that same day

21     with postage thereon fully prepaid.

22     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 27, 2008, at Carmichael, California.

23

24     _____

25     Zachary Best

- 1 -