CATHERINE M. CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
5441 FAIR OAKS BOULEVARD, SUITE B-1
CARMICHAEL, CA 95608
TELEPHONE: (916) 487-5441
FACSIMILE: (916) 487-5440

ATTORNEYS FOR DEFENDANT
EAST WEST HOLDINGS, DBA BURMA SUPERSTAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BERNE<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EAST WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT; DAVID AND LING WONG FAMILY TRUST; and DOES 1-25, Inclusive<br><br>　　　　Defendants | Case No.: C07-03486 CW<br><br>**DECLARATION OF CATHERINE CORFEE IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>Date: May 8, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 |

I, Catherine Corfee, am the principal owner of Corfee Stone and Associates, and am an attorney licensed to practice law in all Courts of this state, and am the attorney of record for Defendant East West Holding dba Burma Superstar Restaurant. As such, I have personal knowledge of the following facts:

1. Defendant is billed monthly for the time we spend on his case. Defendant initially made some payments, but has failed to make any payment in quite some time. Our repeated requests for our client to pay its bills have been ignored. Defendant executed a fee agreement with Corfee Stone on August 7, 2007, promising to pay Defendant's legal bills and to communicate with the firm.

2. Defendant has also not returned our telephone calls and responded to our requests for information and input regarding its case. Defendant has ignored our repeated attempts to seek input in order to prepare for the pre-mediation teleconferences. A mediation is set for April 17,

1  2008 and our client has failed to communicate with us. Defendant's lack of cooperation and
2  communication has made representing Defendant impossible, which is a requirement per the fee
3  agreement.
4
5  I swear under penalty of perjury under the laws of the State of California that the
6  foregoing is true and correct.
7
8  Dated: March 26, 2008
9                                                                      _____
                                                                        Catherine Corfee, Declarant
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

S:\My Documents\sec\8256\Pleadings\motion to withdraw dec.wpd                    Declaration