PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
PATRICIA BERNE

CATHERINE CORFEE, Esq. (SBN 155064)
ZACHARY BEST, Esq. (SBN 166035)
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Blvd., Suite B-1
Carmichael, CA 95608
Tel: (916) 487-5441
Fax: (916)487-5440

Attorneys for Defendant:
EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT

J. JOHN KELLY III, Esq. (SBN 55799)
YOUNGMAN, ERICSSON & LOW, LLP
1981 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: (925) 930-6000
Fax: (925) 934-5377

Attorney for Defendant:
THE LING AND DAVID WONG FAMILY TRUST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA BERNE,

Plaintiff,

v.

EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT; DAVID AND LING WONG FAMILY TRUST; and DOES 1-25, Inclusive,

Defendants.

_________________________________/

CASE NO. C07-03486 CW
Civil Rights

**STIPULATION AND ORDER TO EXTEND DEADLINE TO CONDUCT MEDIATION**

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Extend Deadline to Conduct Mediation: Case No. C07-03486 CW**

- 1 -

c:\documents and settings\workstation\local settings\temp\notesf8c1a4\stip to extend med date.doc

Plaintiff PATRICIA BERNE and defendants EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT, and THE LING AND DAVID WONG FAMILY TRUST hereby jointly stipulate and request through their attorneys of record that the Court continue the current mediation deadline to allow settlement discussions and mediation to occur through April and May of 2008.

Good cause exists for the extension:

1. Since the filing of defendants' Answers, the parties have diligently followed General Order 56: the parties held a cooperative site inspection of the Burma Superstar Restaurant, plaintiff has shared her access consultant's report regarding injunctive relief, and the parties have engaged in several settlement telephone conferences with mediator Robin Siefkin.

2. Although the parties have been proceeding in good faith and in a diligent manner, it has not been possible to resolve the injunctive relief or engage in other meaningful settlement discussions because there has been a complete breakdown of communication that makes further representation impossible by defense counsel of defendant EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT.

3. Accordingly, on March 27, 2008 counsel for defendant EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT filed a motion to withdraw as counsel from this case because of a complete breakdown of communication that makes further representation impossible of their client.

4. All the parties, and mediator Robin Siefkin, are in agreement that in order to continue meaningful injunctive relief and settlement discussions with all parties involved, the mediation deadline should be extended.

5. The parties believe that this extension will make settlement much more likely; if the parties were required to hold the mediation now, settlement would not be possible, and the resulting increase in attorney fees and costs would make it less likely that the case would settle.

6. Therefore, the parties request that they be given through mid-June, 2008, to continue negotiating toward settlement, with the assistance of ADR program attorney Robin Siefkin, in an attempt to resolve this case in its entirety. If the parties are unable to settle the case

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Extend Deadline to Conduct Mediation: Case No. C07-03486 CW**

- 2 -

c:\documents and settings\workstation\local settings\temp\notesf8c1a4\stip to extend med date.doc

by mid-June, 2008, but all parties and the mediator feel that further mediation sessions would be productive, the parties could submit a further stipulation to extend the mediation deadline again.

Dated: April 17, 2008

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

/s/ Julie Ostil________________________
Attorneys for Plaintiff
PATRICIA BERNE

Dated: April 17, 2008

CATHERINE CORFEE, Esq.
ZACHARY BEST, Esq.
CORFEE STONE & ASSOCIATES

/s/ Zachary Best____________________
Attorneys for Defendant
EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT

Dated: April 17, 2008

J. JOHN KELLY III, Esq. (SBN 55799)
YOUNGMAN, ERICSSON & LOW, LLP

/s/_John Kelly III_____________________
Attorneys for Defendant
THE LING AND DAVID WONG FAMILY TRUST

///

///

///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Extend Deadline to Conduct Mediation: Case No. C07-03486 CW**

- 3 -

c:\documents and settings\workstation\local settings\temp\notesf8c1a4\stip to extend med date.doc

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the parties may have through June 15, 2008 to conduct a mediation in this case. If the parties have not settled the case by that time, but both parties and the mediator feel that further mediation sessions may be productive, the parties will submit a further stipulation to extend the mediation deadline.

Dated: 4/22/08

HON. CLAUDIA WILKEN
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Extend Deadline to Conduct Mediation: Case No. C07-03486 CW**

- 2 -

c:\documents and settings\workstation\local settings\temp\notesf8c1a4\stip to extend med date.doc