**CORFEE STONE & ASSOCIATES**
*Employment and ADA Access Attorneys*
5441 Fair Oaks Boulevard, Suite B-1
Carmichael, California 95608
Telephone 916.487.5441 • Facsimile 916.487.5440
www.corfeestone.com
BY APPOINTMENT ONLY

File 8256

*Via E-filing*

May 1, 2008

Honorable Claudia Wilkin
Courtroom 2, 4th Floor
Northern District of California Court
Oakland District
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

    Re:   **BERNE V. EAST WEST HOLDINGS**
           *Case No.:* **C07-03486 CW**

Dear Judge Wilkin:

    We are requesting a telephonic appearance in the above-referenced matter regarding the Motion to Be Relieve As Counsel Hearing that is scheduled for May 8, 2008 at 2:00 p.m. The reason for this request is that our office is located quite a distance away in Carmichael, CA and our client has not paid our firm for our services. Our telephone number is (916) 487-5441. It is my understanding that you will be calling us on that date and time if this request is granted.

                                Very truly yours,
                                **CORFEE STONE & ASSOCIATES**

                                ZACHARY BEST, ATTORNEY

Good cause appearing, IT IS SO ORDERED.

_____
Honorable Claudia Wilkin

S:\My Documents\sec\8256\Correspondence\Judge Wilkin ltr re Telephonic Req Hrg for Mot 4-30-08.DOC