UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA BERNE,

      Plaintiff,

v.

EAST-WEST HOLDINGS,

      Defendant.

NO. C 07-03486 CW

**MINUTE ORDER**
Date: 5/8/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
No appearance

**Appearances for Defendant:**
Zachary Best for East West Holdings; Jonathan M. Morrison for David and Ling Wong Family Trust

**Motions:**

| | | |
|---|---|---|
| Attorney for Defendant East West Holdings | Mo. to withdraw as attorney of record | Conditionally granted |

Further briefing due:
Order to be prepared by:  Court

Notes:  Court conditionally grants motion pursuant to L.R. 11-5(b).  Withdrawal is subject to the condition that papers may continue to be served on counsel for forwarding purposes.  Counsel to advise defendant that defendant corporation will be subject to default if defendant corporation does not appear through counsel. **Case Management Conference set for 6/24/08 at 2:00 p.m.**  All parties and their attorneys are ordered to appear in person or to arrange to appear by telephone except that East West Holdings, whoever is going to represent them has to appear in person (Mr. Best can appear by phone).  Parties to go forward with mediation and schedule mediation before 6/15/08.

Copies to:  Chambers; ADR