IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BERNE,<br><br>    Plaintiff,<br><br>   v.<br><br>EAST WEST HOLDINGS dba Burma Superstar Restaurant; DAVID AND LING WONG FAMILY TRUST; and DOES 1-25,<br><br>    Defendants.<br>_____/ | No. C 07-3486 CW<br><br>ORDER GRANTING DEFENDANT EAST WEST HOLDINGS' COUNSEL'S MOTION TO WITHDRAW |

    Counsel for Defendant East West Holdings (EWH) has filed a motion to withdraw.  The motion was heard on May 8, 2008.

    In support of her motion, counsel declares that her client has failed to pay its monthly bills for "quite some time" and that "Defendant's lack of cooperation and communication has made representing Defendant impossible."  Corfee Decl. ¶¶ 1, 2. Counsel provides proof that the motion was served on EWH.  EWH did not file an opposition to the motion to withdraw and did not appear at the hearing to oppose the motion.  Neither Plaintiff nor Co-Defendant David and Ling Wong Family Trust (Trust) have filed an opposition to the motion.  Counsel for the Trust appeared at the hearing but did not state an opposition to the motion.

Counsel's motion to withdraw is conditionally GRANTED pursuant to Civil Local Rule 11-5(b) (Docket No. 14). All papers shall continue to be served on counsel for forwarding purposes unless and until EWH appears by other counsel.

Because EWH is a corporation, it may not proceed in propria persona. Therefore, EWH must retain new counsel if it intends to defend itself.

A mediation is currently scheduled for June 4, 2008 at 10:00 AM with Court mediator Robin Siefkin. At that time, the parties shall report to the ADR main reception area on the sixteenth floor of 450 Golden Gate Avenue in San Francisco. If EWH does not appear at that mediation through new counsel, default may be entered against it. Even if EWH does not appear for the mediation, Plaintiff and Co-Defendant the Trust shall proceed with the session.

A case management conference is scheduled for June 24, 2008 at 2:00 PM. All parties and their attorneys shall appear at the case management conference. If EWH does not appear at the conference, default will be entered against it. As stated at the hearing on the motion, former counsel for EWH shall be available by telephone at the time of the case management conference in case the Court or new counsel has questions regarding the case.

IT IS SO ORDERED.

Dated: 5/12/08

CLAUDIA WILKEN
United States District Judge

2