**CORFEE STONE & ASSOCIATES**
*Employment and ADA Access Attorneys*
5441 Fair Oaks Boulevard, Suite B-1
Carmichael, California 95608
Telephone 916.487.5441 • Facsimile 916.487.5440
www.corfeestone.com
BY APPOINTMENT ONLY

File 8256

*Via E-filing*

June 18, 2008

Honorable Claudia Wilkin
Courtroom 2, 4th Floor
Northern District of California Court
Oakland District
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

    *Re:*   **BERNE V. EAST WEST HOLDINGS**
            *Case No.:* **4:07-cv-03486**

Dear Judge Wilkin:

    We are requesting a telephonic appearance in the above-referenced matter regarding the Case Management Conference that is scheduled for June 24, 2008 at 2:00 p.m. If you recall, our firm filed a motion to withdraw as counsel for East West Holdings, which was granted. In the order granting the motion, you stated that you would like us on telephonic standby for the Case Management Conference, in case you had any questions for us. Our telephone number is (916) 487-5441. It is my understanding that you will be calling us on that date and time.

    Please feel free to contact us with any questions or concerns.

                              Very truly yours,
                              **CORFEE STONE & ASSOCIATES**

                              /s/Zachary Best

                              ZACHARY BEST, ATTORNEY

Good cause appearing, IT IS SO ORDERED.

_____
                  Honorable Claudia Wilkin