1  PAUL L. REIN, Esq. (SBN 43053)
   JULIE A. OSTIL, Esq. (SBN 215202)
2  ANN WINTERMAN, Esq. (SBN 222257)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Dr., Suite A
   Oakland, CA 94612
4  Tel: (510) 832-5001
   Fax: (510) 832-4787
5
   Attorneys for Plaintiff:
6  PATRICIA BERNE

7
   JONATHON MORRISON, Esq. (SBN 254882)
8  YOUNGMAN, ERICSSON & LOW, LLP
   1981 N. Broadway, Suite 300
9  Walnut Creek, CA 94596
   Tel: (925) 930-6000
10 Fax: (925) 934-5377

11 Attorney for Defendant:
   THE WONG FAMILY PARTNERS
12

13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14

15 PATRICIA BERNE,                    CASE NO. C07-03486 CW
                                      <u>Civil Rights</u>
16       Plaintiff,

17 v.                                 **STIPULATION AND ORDER TO
                                      CONTINUE CASE MANAGEMENT
18                                    CONFERENCE**

19 EAST-WEST HOLDINGS dba
   BURMA SUPERSTAR
20 RESTAURANT; DAVID AND LING
   WONG FAMILY TRUST; and DOES
21 1-25, Inclusive,

22       Defendants.
   _____/
23
          Plaintiff PATRICIA BERNE and defendant THE WONG FAMILY
24
   PARTNERS (erroneously sued as DAVID AND LING WONG FAMILY TRUST)  hereby
25
   jointly stipulate and request through their attorneys of record that the Court continue the current
26
   case management conference.
27
          Good cause exists for the extension:
28

---

**Stipulation and Proposed Order to Continue Case Management** - 1 -
**Conference: Case No. C07-03486 CW**

1.    On June 4, 2008 the parties, along with Desmond Tan, the former principal executive of the suspended corporation and named defendant, EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT, met with mediator Robin Seifkin and reached agreement on the terms of settlement in this case.

2.    EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT (EWH) is a suspended corporation which is not represented by counsel in this action, and therefore cannot agree to be bound to the terms of settlement in this case.

3.    Desmond Tan, who is the current operator of the restaurant at the subject premises and who is the principal of East-West Holdings, has agreed to be bound by the terms of the settlement, which will be filed once the proper parties are in the action by way of a stipulation for dismissal of EWH and a concurrently-filed stipulation for filing a first amended complaint.

4.    Along with the stipulation and proposed order to dismiss defendant EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT, the parties will file a stipulation and proposed order for leave to file a first amended complaint, adding Desmond Tan as a defendant in this action. He has consented to be added as a party in this case so that the settlement will be binding on all parties necessary for full settlement of plaintiff's claims.

5.    However, the above documents will take some time to prepare and submit to the Court. If the Court grants the requests for dismissal and to file a first amended complaint, the parties will then submit the settlement documents for Court review and approval. The parties anticipate that this process may take three to four weeks to complete.

6.    Counsel for EWH, Corfee Stone, is in the case only for the purpose of appearing at a Case Management Conference. Plaintiff's counsel has notified Corfee Stone of the request to continue the CMC and Corfee Stone has no objection.

Therefore, the parties respectfully request that the Case Management Conference be continued for a period of four weeks in order to give the parties the opportunity to submit appropriate documents to the Court for settlement of the case.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Continue Case Management Conference: Case No. C07-03486 CW** - 2 -

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stip to continue cmc.doc

| | |
|---|---|
| Dated: June 19, 2008 | PAUL L. REIN<br>JULIE A. OSTIL<br>LAW OFFICES OF PAUL L. REIN |
| | /s/ Julie Ostil_____<br>Attorneys for Plaintiff<br>PATRICIA BERNE |
| Dated: June 19, 2008 | JONATHON MORRISON<br>YOUNGMAN, ERICSSON & LOW, LLP |
| | _____/s/ Jonathon Morrison_____<br>Attorneys for Defendant<br>THE WONG FAMILY PARTNERS |

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the Case Management Conference is continued to **August 5, 2008, at 2:00 p.m.** A Case Management Statement shall be submitted seven days prior to the conference.

6/24/08

Dated: _____

_____
HON. CLAUDIA WILKEN
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Continue Case Management Conference: Case No. C07-03486 CW** - 3 -

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stip to continue cmc.doc