```
                                        FILED
                                        JUN 2 5 2008
                                        RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Berne, | No. C 07-03486 CW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| East-West Holdings, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __6.4.08__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __6/25/08__                _[signature]_
                                  Mediator, Robin W. Siefkin
                                  US District Court - ADR Unit
                                  450 Golden Gate Ave., 16th Fl.
                                  San Francisco, CA 94102

**Certification of ADR Session**
07-03486 CW MED