PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
PATRICIA BERNE

JONATHON MORRISON, Esq. (SBN 254882)
YOUNGMAN, ERICSSON & LOW, LLP
1981 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: (925) 930-6000
Fax: (925) 934-5377

Attorney for Defendant:
THE LING WONG AND DAVID WONG
FAMILY PARTNERS, a California limited partnership

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA BERNE,

    Plaintiff,

v.

EAST-WEST HOLDINGS dba
BURMA SUPERSTAR
RESTAURANT; DAVID AND LING
WONG FAMILY TRUST; and DOES
1-25, Inclusive,

    Defendants.

CASE NO. C07-03486 CW
<u>Civil Rights</u>

**STIPULATION AND [PROPOSED] ORDER FOR FILING OF FIRST AMENDED COMPLAINT**

Plaintiff PATRICIA BERNE filed her Complaint on July 7, 2007, naming as defendants EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT, DAVID AND LING WONG FAMILY TRUST; and DOES 1 through 25, Inclusive, based on information obtained from public records and Westlaw databases.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order For First Amended
Complaint: Case No. C0-3486 CW

— 1 —

1   On June 4, 2008, plaintiff Patricia Berne and defendant THE LING WONG AND
2   DAVID WONG FAMILY PARTNERS, a California limited partnership, erroneously sued as
3   DAVID AND LING WONG FAMILY TRUST (hereafter "WONG FAMILY PARTNERS")
4   were in attendance at the court-ordered mediation with mediator Robin Siefkin. Also present
5   was DESMOND TAN, the personal guarantor of the lease agreement between EAST-WEST
6   HOLDINGS and WONG FAMILY PARTNERS which provides for indemnity of WONG
7   FAMILY PARTNERS for fees and costs incurred in this action. DESMOND TAN represented
8   that he is the former principal executive of the suspended corporation EAST-WEST
9   HOLDINGS dba BURMA SUPERSTAR, and current operator of the restaurant at the subject
10  premises in this case.
11      At the mediation, the parties and DESMOND TAN agreed to settlement of plaintiff's
12  claims to injunctive relief, damages and attorneys fees. DESMOND TAN consented to be
13  added as a defendant in this action in order to properly memorialize the binding settlement on
14  all parties in the form of a Court enforceable consent decree. All parties agree to adding
15  DESMOND TAN as a defendant in the main action in place of EAST-WEST HOLDINGS (but
16  not in WONG FAMILY PARTNERS' cross-complaint filed against EAST-WEST
17  HOLDINGS) since EAST-WEST HOLDINGS is an unrepresented and suspended corporation
18  with no capacity to enter into an agreement and DESMOND TAN is the real party in interest as
19  the owner and operator of BURMA SUPERSTAR and personal guarantor under its lease. This
20  substitution alleviates WONG FAMILY PARTNERS' need to enforce the personal guaranty of
21  the lease to obtain indemnification from DESMOND TAN.
22      Therefore, plaintiff needs to amend her complaint to name DESMOND TAN as an
23  individual.
24      Plaintiff has prepared a First Amended Complaint naming DESMOND TAN as an
25  Individual; DAVID AND LING WONG FAMILY TRUST; and DOES 1 through 25, Inclusive,
26  as defendants.
27      Therefore, IT IS HEREBY STIPULATED by and between the parties that Plaintiff may
28  file a First Amended Complaint, a copy of which is attached hereto. However, the parties'

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order For First Amended
Complaint: Case No. C0-3486 CW                                — 2 —

1 stipulation hereto is entirely contingent upon WONG FAMILY PARTNERS' retention of
2 jurisdiction in this Court over its cross-claim filed against EAST-WEST HOLDINGS in
3 connection with this action.
4    IT IS FURTHER STIPULATED that defendants DESMOND TAN and DAVID AND
5 LING WONG FAMILY TRUST waive notice and service of the amended complaint and shall
6 not be required to answer the First Amended Complaint, and that all denials, responses, and
7 affirmative defenses contained in the answer filed by defendant DAVID AND LING WONG
8 FAMILY TRUST to the Complaint shall be responsive to the First Amended Complaint except
9 to the extent that it would preclude jurisdiction over its cross-claim against EAST-WEST
10 HOLDINGS.

11 Dated: June 30, 2008

PAUL L. REIN
JULIE A. OSTIL
ANN WINTERMAN
LAW OFFICES OF PAUL L. REIN

*/s/ Julie Ostil*

Attorneys for Plaintiff
PATRICIA BERNE

17 Dated: June 18, 2008

JONATHON MORRISON, Esq.
YOUNGMAN, ERICSSON & LOW, LLP

Attorneys for Defendant
THE LING WONG AND DAVID WONG
FAMILY PARTNERS, a California limited
partnership

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The attached First Amended Complaint is ordered to be filed.

Dated: _____, 2008

HON. CLAUDIA WILKIN
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order For First Amended
Complaint: Case No. C0-3486 CW                                          — 3 —