PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
PATRICIA BERNE

JONATHON MORRISON, Esq. (SBN 254882)
YOUNGMAN, ERICSSON & LOW, LLP
1981 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: (925) 930-6000
Fax: (925) 934-5377

Attorney for Defendant:
THE LING WONG AND DAVID WONG
FAMILY PARTNERS, a California limited partnership

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BERNE,<br><br>    Plaintiff,<br><br>v.<br><br>EAST-WEST HOLDINGS dba<br>BURMA SUPERSTAR<br>RESTAURANT; DAVID AND LING<br>WONG FAMILY TRUST; and DOES<br>1-25, Inclusive,<br><br>    Defendants. | CASE NO. C07-03486 CW<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT ONLY** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and through their respective attorneys of record, plaintiff PATRICIA BERNE and defendant LING WONG AND DAVID WONG FAMILY PARTNERS a California limited partnership, erroneously sued as the David and Ling Wong Family Trust (hereafter "WONG FAMILY PARTNERS"),

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order to Dismiss
Defendant East-West Holdings dba Burma Superstar
Restaurant Only: Case No. C07-03486 CW

— 1 —

1  hereby jointly stipulate and request that the Court grant dismissal, without prejudice, of
2  plaintiff's claims against defendant EAST-WEST HOLDINGS dba BURMA SUPERSTAR
3  RESTAURANT only, based on the following good cause:
4      1.    On June 4, 2008 the parties, along with Desmond Tan, the former principal
5  executive of the suspended corporation and named defendant, EAST-WEST HOLDINGS dba
6  BURMA SUPERSTAR RESTAURANT, met with mediator Robin Seifkin and reached
7  agreement on the terms of settlement in this case.
8      2.    EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT is a
9  suspended corporation which is not represented by counsel in this action, and therefore cannot
10 agree to be bound to the terms of settlement in this case.
11     3.    Desmond Tan, who is the current operator of the restaurant at the subject
12 premises and who is the principal of EAST-WEST HOLDINGS, has agreed to be bound by the
13 terms of the settlement, which will be filed once the proper parties are in the action by way of
14 this dismissal and the concurrently-filed stipulation for filing a first amended complaint.
15     4.    Along with the instant stipulation and proposed order to dismiss defendant
16 EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT, the parties are
17 concurrently filing a stipulation and proposed order for leave to file a first amended complaint,
18 adding Desmond Tan as a defendant in this action. He has consented to be added as a party in
19 this case so that the settlement will be binding on all parties necessary for full settlement of
20 plaintiff's claims.
21     5.    The parties therefore jointly request that the Court grant dismissal of defendant
22 EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT only, without
23 prejudice.
24     6.    WONG FAMILY PARTNERS' stipulation and request for dismissal of EAST
25 WEST HOLDINGS in the main action is entirely contingent upon this Court retaining
26 jurisdiction over its cross-claim filed as "Cross-Complaint For Implied and Equitable
27 Indemnity, Partial and Implied Equitable Indemnity, Comparative Fault, and Express
28 Indemnity" against EAST-WEST HOLDINGS.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order to Dismiss
Defendant East-West Holdings dba Burma Superstar
Restaurant Only: Case No. C07-03486 CW

— 2 —

NOW, THEREFORE, IT IS HEREBY STIPULATED as follows:

That the Court grant dismissal of defendant EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT <u>only</u>, without prejudice.

SO STIPULATED:

Dated: June 30, 2008

PAUL L. REIN
JULIE A. OSTIL
ANN WINTERMAN
LAW OFFICES OF PAUL L. REIN

_____
Attorneys for Plaintiff
PATRICIA BERNE

Dated: June 18, 2008

JONATHON MORRISON, Esq.
YOUNGMAN, ERICSSON & LOW, LLP

_____
Attorneys for Defendant
LING WONG AND DAVID WONG FAMILY PARTNERS, a California limited partnership

### ORDER

Pursuant to stipulation, **IT IS SO ORDERED.**

That defendant EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT is dismissed, without prejudice.

Dated:_____

_____
HON. CLAUDIA WILKIN

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order to Dismiss
Defendant East-West Holdings dba Burma Superstar
Restaurant Only: Case No. C07-03486 CW

— 3 —