PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
PATRICIA BERNE

JONATHON MORRISON, Esq. (SBN 254882)
YOUNGMAN, ERICSSON & LOW, LLP
1981 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: (925) 930-6000
Fax: (925) 934-5377

Attorney for Defendant:
THE LING WONG AND DAVID WONG
FAMILY PARTNERS, a California limited partnership

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BERNE,<br><br>    Plaintiff,<br><br>v.<br><br>EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT; DAVID AND LING WONG FAMILY TRUST; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____ | CASE NO. C07-03486 CW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT ONLY** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and through their respective attorneys of record, plaintiff PATRICIA BERNE and defendant LING WONG AND DAVID WONG FAMILY PARTNERS a California limited partnership, erroneously sued as the David and Ling Wong Family Trust (hereafter "WONG FAMILY PARTNERS"),

**Stipulation and [Proposed] Order to Dismiss
Defendant East-West Holdings dba Burma Superstar
Restaurant Only: Case No. C07-03486 CW** — 1 —

<sub>c:\documents and settings\workstation\local settings\temp\notes95ec0b\stipulation and order to dismiss east-west - clean.doc</sub>

hereby jointly stipulate and request that the Court grant dismissal, without prejudice, of plaintiff's claims against defendant EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT only, based on the following good cause:

1. On June 4, 2008 the parties, along with Desmond Tan, the former principal executive of the suspended corporation and named defendant, EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT, met with mediator Robin Seifkin and reached agreement on the terms of settlement in this case.

2. EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT is a suspended corporation which is not represented by counsel in this action, and therefore cannot agree to be bound to the terms of settlement in this case.

3. Desmond Tan, who is the current operator of the restaurant at the subject premises and who is the principal of EAST-WEST HOLDINGS, has agreed to be bound by the terms of the settlement, which will be filed once the proper parties are in the action by way of this dismissal and the concurrently-filed stipulation for filing a first amended complaint.

4. Along with the instant stipulation and proposed order to dismiss defendant EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT, the parties are concurrently filing a stipulation and proposed order for leave to file a first amended complaint, adding Desmond Tan as a defendant in this action. He has consented to be added as a party in this case so that the settlement will be binding on all parties necessary for full settlement of plaintiff's claims.

5. The parties therefore jointly request that the Court grant dismissal of defendant EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT only, without prejudice.

6. WONG FAMILY PARTNERS' stipulation and request for dismissal of EAST WEST HOLDINGS in the main action is entirely contingent upon this Court retaining jurisdiction over its cross-claim filed as "Cross-Complaint For Implied and Equitable Indemnity, Partial and Implied Equitable Indemnity, Comparative Fault, and Express Indemnity" against EAST-WEST HOLDINGS.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order to Dismiss Defendant East-West Holdings dba Burma Superstar Restaurant Only: Case No. C07-03486 CW**

– 2 –

Case 4:07-cv-03486-CW    Document 27    Filed 07/02/2008    Page 3 of 4

1
2      **NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:
3      That the Court grant dismissal of defendant EAST-WEST HOLDINGS dba BURMA
4  SUPERSTAR RESTAURANT <u>only</u>, without prejudice.
5
6  SO STIPULATED:
7
8  Dated: June 30, 2008                    PAUL L. REIN
                                           JULIE A. OSTIL
9                                          ANN WINTERMAN
                                           LAW OFFICES OF PAUL L. REIN
10
11
                                           __/s/ Julie Ostil_____
12                                         Attorneys for Plaintiff
                                           PATRICIA BERNE
13
   Dated: June 18, 2008                    JONATHON MORRISON, Esq.
14                                         YOUNGMAN, ERICSSON & LOW, LLP
15
16
                                           __/s/ Jonathon Morrison_____
17                                         Attorneys for Defendant
                                           LING WONG AND DAVID WONG FAMILY
18                                         PARTNERS, a California limited partnership
19
                                    **<u>ORDER</u>**
20
   Pursuant to stipulation, **IT IS SO ORDERED**.
21
             That defendant EAST-WEST HOLDINGS dba BURMA SUPERSTAR
22
   RESTAURANT is dismissed, without prejudice.
23
24
          7/2/08
25
   Dated:_____
26
                                           ![signature](Claudia Wilken)
27
                                           _____
28                                         HON. CLAUDIA WILKEN

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order to Dismiss
Defendant East-West Holdings dba Burma Superstar
Restaurant Only: Case No. C07-03486 CW**                    – 3 –

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stipulation and order to dismiss east-west - clean.doc

1               U.S. DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **Stipulation and [Proposed] Order to Dismiss Defendant East-West Holdings dba Burma Superstar Restaurant Only: Case No. C07-03486 CW**      - 4 -

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stipulation and order to dismiss east-west - clean.doc