PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
PATRICIA BERNE

JONATHON MORRISON, Esq. (SBN 254882)
YOUNGMAN, ERICSSON & LOW, LLP
1981 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: (925) 930-6000
Fax: (925) 934-5377

Attorney for Defendant:
THE LING WONG AND DAVID WONG
FAMILY PARTNERS, a California limited partnership

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BERNE, | CASE NO. C07-03486 CW |
| | <u>Civil Rights</u> |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR FILING OF FIRST AMENDED COMPLAINT** |
| EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT; DAVID AND LING WONG FAMILY TRUST; and DOES 1-25, Inclusive, | |
| Defendants. | |

_____

Plaintiff PATRICIA BERNE filed her Complaint on July 7, 2007, naming as defendants EAST-WEST HOLDINGS dba BURMA SUPERSTAR RESTAURANT, DAVID AND LING WONG FAMILY TRUST; and DOES 1 through 25, Inclusive, based on information obtained from public records and Westlaw databases.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order For First Amended Complaint: Case No. C0-3486 CW**

— 1 —

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stipulation for first amended complaint - clean.doc

1   On June 4, 2008, plaintiff Patricia Berne and defendant THE LING WONG AND
2 DAVID WONG FAMILY PARTNERS, a California limited partnership, erroneously sued as
3 DAVID AND LING WONG FAMILY TRUST (hereafter "WONG FAMILY PARTNERS")
4 were in attendance at the court-ordered mediation with mediator Robin Siefkin. Also present
5 was DESMOND TAN, the personal guarantor of the lease agreement between EAST-WEST
6 HOLDINGS and WONG FAMILY PARTNERS which provides for indemnity of WONG
7 FAMILY PARTNERS for fees and costs incurred in this action.  DESMOND TAN represented
8 that he is the former principal executive of the suspended corporation EAST-WEST
9 HOLDINGS dba BURMA SUPERSTAR, and current operator of the restaurant at the subject
10 premises in this case.
11   At the mediation, the parties and DESMOND TAN agreed to settlement of plaintiff's
12 claims to injunctive relief, damages and attorneys fees.  DESMOND TAN consented to be
13 added as a defendant in this action in order to properly memorialize the binding settlement on
14 all parties in the form of a Court enforceable consent decree. All parties agree to adding
15 DESMOND TAN as a defendant in the main action in place of EAST-WEST HOLDINGS (but
16 not in WONG FAMILY PARTNERS' cross-complaint filed against EAST-WEST
17 HOLDINGS) since EAST-WEST HOLDINGS is an unrepresented and suspended corporation
18 with no capacity to enter into an agreement and DESMOND TAN is the real party in interest as
19 the owner and operator of BURMA SUPERSTAR and personal guarantor under its lease.  This
20 substitution alleviates WONG FAMILY PARTNERS' need to enforce the personal guaranty of
21 the lease to obtain indemnification from DESMOND TAN.
22   Therefore, plaintiff needs to amend her complaint to name DESMOND TAN as an
23 individual.
24   Plaintiff has prepared a First Amended Complaint naming DESMOND TAN as an
25 Individual; DAVID AND LING WONG FAMILY TRUST; and DOES 1 through 25, Inclusive,
26 as defendants.
27   Therefore, IT IS HEREBY STIPULATED by and between the parties that Plaintiff may
28 file a First Amended Complaint, a copy of which is attached hereto.  However, the parties'

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order For First Amended Complaint: Case No. C0-3486 CW**

– 2 –

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stipulation for first amended complaint - clean.doc

stipulation hereto is entirely contingent upon WONG FAMILY PARTNERS' retention of jurisdiction in this Court over its cross-claim filed against EAST-WEST HOLDINGS in connection with this action.

IT IS FURTHER STIPULATED that defendants DESMOND TAN and DAVID AND LING WONG FAMILY TRUST waive notice and service of the amended complaint and shall not be required to answer the First Amended Complaint, and that all denials, responses, and affirmative defenses contained in the answer filed by defendant DAVID AND LING WONG FAMILY TRUST to the Complaint shall be responsive to the First Amended Complaint except to the extent that it would preclude jurisdiction over its cross-claim against EAST-WEST HOLDINGS.

Dated: June 30, 2008

PAUL L. REIN
JULIE A. OSTIL
ANN WINTERMAN
LAW OFFICES OF PAUL L. REIN

____/s/ Julie Ostil_____
Attorneys for Plaintiff
PATRICIA BERNE

Dated: June 18, 2008

JONATHON MORRISON, Esq.
YOUNGMAN, ERICSSON & LOW, LLP

_____/s/ Jonathon Morrison _____
Attorneys for Defendant
THE LING WONG AND DAVID WONG FAMILY PARTNERS, a California limited partnership

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The attached First Amended Complaint is ordered to be filed.

Dated: 7/10, 2008

_____
HON. CLAUDIA WILKEN
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order For First Amended Complaint: Case No. C0-3486 CW**

– 3 –

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stipulation for first amended complaint - clean.doc