1  PAUL L. REIN, Esq. (SBN 43053)
   JULIE A. OSTIL, Esq. (SBN 215202)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Dr., Suite A
3  Oakland, CA 94612
   Tel: (510) 832-5001
4  Fax: (510) 832-4787

5  Attorneys for Plaintiff:
   PATRICIA BERNE

6

7  JONATHON MORRISON, Esq. (SBN 254882)
   YOUNGMAN, ERICSSON & LOW, LLP
8  1981 N. Broadway, Suite 300
   Walnut Creek, CA 94596
9  Tel: (925) 930-6000
   Fax: (925) 934-5377
10
   Attorney for Defendant:
11 THE LING WONG AND DAVID WONG
   FAMILY PARTNERS, a California limited partnership
12

                UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14

15 PATRICIA BERNE,                      CASE NO. C07-03486 CW
                                        Civil Rights
16         Plaintiff,

17 v.                                   STIPULATION AND [PROPOSED]
                                        ORDER TO DISMISS
18 DESMOND TAN; DAVID AND LING
   WONG FAMILY TRUST; and DOES
19 1-25, Inclusive,

20         Defendants.

21 _____

22
           Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and through their
23
   respective attorneys of record, all parties hereby jointly stipulate and request that the Court
24
   grant dismissal of plaintiff's claims against defendants.
25
   IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF
26
   RECORD AS FOLLOWS:
27
       1.  The parties have reached a settlement as to all of plaintiff's claims for injunctive
28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3501
(510) 832-5001

Stipulation and [Proposed] Order to Dismiss: Case No.
C07-03486 CW                                                                      — 1 —

1 | relief, damages, attorney fees, litigation expenses and costs. The agreement has been
2 | memorialized in a separate Consent Decree and Order which is being filed herewith.
3 |     The parties therefore agree that, subject to the court's continuing jurisdiction under the
4 | Consent Decree and Order, the action shall be dismissed with prejudice.
5 | SO STIPULATED:
6 | Dated: August 4, 2008

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

_/s/ Julie Ostil_
Attorneys for Plaintiff
PATRICIA BERNE

Dated: August 4, 2008

JONATHON MORRISON, Esq.
YOUNGMAN, ERICSSON & LOW, LLP

Attorneys for Defendant
LING WONG AND DAVID WONG FAMILY PARTNERS, a California limited partnership

Dated: August 4, 2008

DESMOND TAN

Defendant DESMOND TAN

## ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**. The Court will retain jurisdiction to enforce the Settlement Agreement and Order, and the action is hereby dismissed.

Dated: _____

HON. CLAUDIA WILKIN
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order to Dismiss: Case No.
C07-03486 CW

- 2 -