PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
PATRICIA BERNE

JONATHON MORRISON, Esq. (SBN 254882)
YOUNGMAN, ERICSSON & LOW, LLP
1981 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: (925) 930-6000
Fax: (925) 934-5377

Attorney for Defendant:
THE LING WONG AND DAVID WONG
FAMILY PARTNERS, a California limited partnership

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA BERNE,

    Plaintiff,

v.

DESMOND TAN; DAVID AND LING
WONG FAMILY TRUST; and DOES
1-25, Inclusive,

    Defendants.

CASE NO. C07-03486 CW
Civil Rights

STIPULATION AND [PROPOSED]
ORDER TO DISMISS

    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and through their respective attorneys of record, all parties hereby jointly stipulate and request that the Court grant dismissal of plaintiff's claims against defendants.

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

    1.    The parties have reached a settlement as to all of plaintiff's claims for injunctive

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3501
(510) 832-5001

Stipulation and [Proposed] Order to Dismiss: Case No.
C07-03486 CW                                                                 — 1 —

1. relief, damages, attorney fees, litigation expenses and costs. The agreement has been
2. memorialized in a separate Consent Decree and Order which is being filed herewith.
3. The parties therefore agree that, subject to the court's continuing jurisdiction under the
4. Consent Decree and Order, the action shall be dismissed with prejudice.
5. SO STIPULATED:
6. Dated: August 4, 2008

    PAUL L. REIN
    JULIE A. OSTIL
    LAW OFFICES OF PAUL L. REIN

    /s/ Julie Ostil
    Attorneys for Plaintiff
    PATRICIA BERNE

11. Dated: August 4, 2008

    JONATHON MORRISON, Esq.
    YOUNGMAN, ERICSSON & LOW, LLP

    Attorneys for Defendant
    LING WONG AND DAVID WONG FAMILY
    PARTNERS, a California limited partnership

17. Dated: August 4, 2008

    DESMOND TAN

    Defendant DESMOND TAN

## ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**. The Court will retain jurisdiction to enforce the Settlement Agreement and Order, and the action is hereby dismissed.

Dated: 8/4/08

HON. CLAUDIA WILKIN
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order to Dismiss: Case No.
C07-03486 CW

- 2 -